UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

B &M LOGISTICS, INC.,

      Plaintiff,

v.                                              Case No. 14-C-323

BLI TRANSPORTATION, INC., et al.

      Defendants.

## ORDER GRANTING DEFAULT JUDGMENT

In this action, defendant D & B Express Corp. has been properly served with a Summons and copy of the Complaint and has failed to answer the Complaint or to otherwise appear in the case. The legal time for such Defendant to appear in the case has expired and the default of said defendant D & B Express Corp. has been entered according to law and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Upon motion of plaintiff B & M Logistics Inc. and pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, it is hereby ordered that plaintiff B & M Logistics Inc. is awarded judgment against defendant D & B Express Corp. on its Second Cause of Action set forth in the Complaint in the principal amount of $117,533.47, plus prejudgment interest from May 28, 2013—the date that the subject cargo should have been delivered—through August 13, 2014, calculated at a prejudgment interest rate of 3.25%, in the amount of $4,718.02, plus costs for the Court filing fee of $400.00. Thus, the total judgment is entered in the amount of $122,651.49.

It is further ordered that interest shall accrue on the $117,533.47 principal amount of the

judgment at the federal post-judgment rate of 0.11% per annum, until the amount of the judgment is paid in full.

Pursuant to Fed. R. Civ. P. 54(b), he Court further finds that there is no just reason for delay in entering this judgment against defendant D & B Express Corp. as a final judgment. It is, therefore, further ordered that the clerk enter a final judgment against D & B Express Corp., as set forth above.

**SO ORDERED** this 13th day of August, 2014.

   /s William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court